No. 326. CORCORAN *v.* CITY OF CHICAGO. October 14, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented substantial federal question. (1) *Cleveland & Pittsburgh R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *Hiawassee Power Co.* v. *Carolina-Tenn. Co.,* 252 U. S. 341, 344; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700. (2) *Escanaba & Lake Michigan Co.* v. *Chicago,* 107 U. S. 678, 688–689; *Permoli* v. *First Municipality,* 3 How. 589, 610; *Cincinnati* v. *Louisville & Nashville Railroad Co.,* 223 U. S. 390, 401. (3) *Pearson* v. *Yewdall,* 95 U. S. 294, 296; *Minneapolis & St. Louis R. Co.* v. *Bombolis,* 241 U. S. 211, 217. *Mr. Charles C. Spencer* for appellant. *Messrs. Barnet Hodes* and *J. Herzl Segal* for appellee.